# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 8 WM 2020
:
Respondent  :
:
v.  :
:
FRANKLYN M. GEIGER,  :
:
Petitioner  :
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus/Extraordinary Relief is DENIED.